162 So.2d 15

**KING FINANCE COMPANY OF LOUISIANA, INC., and King Discount Company of Louisiana, Inc.**

v.

**FIREMAN'S FUND INSURANCE COMPANY.**

No. 47157.

April 1, 1964.

Court of Appeal, Fourth Circuit. 159 So. 2d 708.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.